

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00062-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS, Appellant | § | On Appeal from the 158th District Court |
| | § | of Denton County (F21-1059-158) |
| V. | § | December 19, 2024 |
| | § | Memorandum Opinion by Justice Womack |
| BRANDON JOHNSON | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order dismissing the indictment. It is ordered that the trial court's order dismissing the indictment is reversed, and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack